IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


THE EAST ALABAMA WATER,    )
SEWER AND FIRE PROTECTION   )
DISTRICT,                   )
                            )
    Plaintiff,              )
                            )       CIVIL ACTION NO.
    v.                      )        3:09cv541-MHT
                            )            (WO)
WESTPOINT HOME, INC.,       )
                            )
    Defendant.              )

## JUDGMENT

The court having been informed that this cause is now settled, it is the ORDER, JUDGMENT, and DECREE of the court that this lawsuit is dismissed in its entirety with prejudice, with the parties to bear their own costs and with leave to the parties, within 49 days, to stipulate to a different basis for dismissal or to stipulate to the entry of judgment instead of dismissal, and with leave to any party to file, within 49 days, a motion to have the dismissal set aside and the case reinstated or the

settlement    enforced,    should    the    settlement    not    be
consummated.

The   clerk   of   the   court   is   DIRECTED   to   enter   this
document on the civil docket as a final judgment pursuant
to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 9th day of August, 2010.


                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE